# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Keith A. Collick, | **Civil File No. 08-cv-578 JRT/FLN** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Apex Financial Management, LLC | |
| Defendant. | |

_____

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: June 17, 2008

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

 s/ Mark L. Vavreck                    .
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designer's Guild Building
401 North Third Street
Suite 600
Minneapolis, MN 55401
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220

ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| Date: May 28, 2008 | **BASSFORD REMELE, P.A.**<br><br> s/ Christopher R. Morris                    .<br>Christopher R. Morris, Esq.<br>Attorney I.D.#0230613<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402-3707<br>Telephone: (612) 333-3000<br>Facsimile:  (612) 333-8829<br><br>ATTORNEY FOR DEFENDANT |